**B9A (Official Form 9A)** (Chapter 7 Individual or Joint Debtor No Asset Case) (12/11)     Case Number **12−00968**

# UNITED STATES BANKRUPTCY COURT
Northern District of Illinois

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines
A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on January 12, 2012.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Daisy M Mosley
110 W 104th Pl
Chicago, IL 60628

| | |
|---|---|
| Case Number: 12−00968<br>Office Code: 1 | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx−xx−4719 |
| Attorney for Debtor(s) (name and address):<br>David M Siegel<br>David M. Siegel & Associates<br>790 Chaddick Drive<br>Wheeling, IL 60090<br>Telephone number: 847 520−8100 | Bankruptcy Trustee (name and address):<br>Robert B Katz ESQ<br>Law Offices Of Robert B Katz<br>53 West Jackson Blvd<br>Suite 1320<br>Chicago, IL 60604<br>Telephone number: 312−705−1400 |

### Meeting of Creditors:
Date: **March 1, 2012**        Time: **02:00 PM**

Location: **219 South Dearborn, Office of the U.S. Trustee, 8th Floor, Room 800, Chicago, IL 60604**

**All debtors are required to attend and bring a picture ID and proof of their Social Security Number to the 341 meeting.**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

**The presumption of abuse does not arise.**

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to Object to Debtor's Discharge *or* to Challenge Dischargeability of Certain Debts: April 30, 2012**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604<br>Telephone number: 1−866−222−8029 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Kenneth S. Gardner |
| Hours Open: Monday – Friday 8:30 AM −4:30 PM | Date: January 13, 2012 |

## EXPLANATIONS

B9A (Official Form 9A) (12/11)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under § 727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

–– Refer to Other Side for Important Deadlines and Notices ––

United States Bankruptcy Court
Northern District of Illinois

In re:  Case No. 12-00968-JBS
Daisy M Mosley  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1  User: mmiller  Page 1 of 3  Date Rcvd: Jan 13, 2012
                 Form ID: b9a  Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2012.
```
db         +Daisy M Mosley,    110 W 104th Pl,    Chicago, IL 60628-2618
18356212    7th Avenue,    1112 7th Ave.,    Monroe, WI 53566-1364
18356214   +ACEZR LEYNES, MD, LLC,    520 E. 22nd St.,    Lombard, IL 60148-6110
18356215   +ACF Medical Services,    c/o PFG of Minnesota,    7825 Washington Ave S Ste 310,
             Minneapolis, MN 55439-2424
18356216   #+Asset Acceptance,    c/o Bradley Sayad,    PO Box 909886,    Chicago, IL 60690-9799
18356217   +BAC Home Loan Servicing,    WA1-501-15-22,    PO Box 3977,    Seattle, WA 98124-2477
18356220   +Chicago-Hamlin Family Practice,    520 E. 22nd St.,    Lombard, IL 60148-6110
18356221   +Creditors Discount & Audit,    415 E. Main St.,    PO Box 213,    Streator, IL 61364-0213
18356222   +Creditors Discount & Audit (RETA),    415 E. Main St.,    PO Box 213,    Streator, IL 61364-0213
18356223   +Donna Ignacio Vasquez, MD, LLC,    520 E. 22nd Street,    Lombard, IL 60148-6110
18356224    Emergency Med Specialist SC,    34816 Eagle Way,    Chicago, IL 60678-1348
18356225   +Ford Motor Credit,    c/o Freedman Anselmo Lindberg,    1807 W. Diehl PO 3107,
             Naperville, IL 60566-7107
18356227   +HSBC Bank,    c/o National American Credit Corp.,    One Allied Drive,
             Feasterville Trevose, PA 19053-6945
18356226   +Henry M. Baraniewski,    3115 N. Harlem Ave., Suite 202,    Chicago, IL 60634-4683
18356228    Lincoln Imaging Center,    c/o First Federal Credit Control,    PO Box 20790,
             Columbus, OH 43220-0790
18356229   +NCO Financial Systems, Inc.,    Bankruptcy Department,    PO Box 15630,    Wilmington, DE 19850-5630
18356230   +Nuvell Credit Company,    c/o Tate & Kirklin Associates,    2810 Southampton Rd.,
             Philadelphia, PA 19154-1207
18356231   +Protection One,    c/o V & K,    360 Merricmack Street,    Lawrence, MA 01843-1740
18356232    Rehabilation Centers,,    c/o First Federal Credit Control,    PO Box 20790,
             Columbus, OH 43220-0790
18356233   +Roseland Community Hospital,    c/o Nationwide Credit & Collection,    815 Commerce Dr., Suite 100,
             Oak Brook, IL 60523-8839
18356234   +Saints Mary & Elizabeth Medical Cen,    2233 W. Division St.,    Chicago, IL 60622-8151
18356235    St. Joseph Hospital,    2900 North Lake Shore Drive,    Chicago, IL 60657-6274
18356236   +Trinity Hospital,    c/o Medical Recovery Specialists,    2250 E. Devon Ave., Ste. 352,
             Des Plaines, IL 60018-4521
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty         E-mail/Text: davidsiegellaw@hotmail.com Jan 14 2012 02:14:35     David M Siegel,
             David M. Siegel & Associates,    790 Chaddick Drive,    Wheeling, IL  60090
tr         +EDI: QRBKATZ.COM Jan 14 2012 01:28:00      Robert B Katz, ESQ,    Law Offices Of Robert B Katz,
             53 West Jackson Blvd,    Suite 1320,    Chicago, IL 60604-4174
18356213   +EDI: ACCE.COM Jan 14 2012 01:28:00      AAC,   PO Box 2036,    Warren, MI 48090-2036
18356218   +EDI: BANKAMER.COM Jan 14 2012 01:28:00      Bank of America,    PO Box 3977,
             Seattle, WA 98124-2477
18356219    EDI: CAPITALONE.COM Jan 14 2012 01:28:00      Cap One,   PO Box 85015,    Richmond, VA 23285
18356237    EDI: CMIGROUP.COM Jan 14 2012 01:28:00      WOW Internet Cable & Phone,
             c/o Credit Management, LP,    4200 International Parkway,    Carrollton, TX 75007-1912
                                                                                              TOTAL: 6
```

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0752-1          User: mmiller              Page 2 of 3              Date Rcvd: Jan 13, 2012
                              Form ID: b9a               Total Noticed: 29

                  ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 15, 2012**                    **Signature:**   _Joseph Speetjens_

```
District/off: 0752-1          User: mmiller              Page 3 of 3              Date Rcvd: Jan 13, 2012
                              Form ID: b9a               Total Noticed: 29
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 13, 2012 at the address(es) listed below:
         David M Siegel    on behalf of Debtor Daisy Mosley davidsiegellaw@hotmail.com, davidmsiegel@hotmail.com;author@proofofpayments.com;johnellmannlaw@gmail.com
         Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
         Robert B Katz    rkatztrustee@gmail.com, rkatz@ecf.epiqsystems.com
         TOTAL: 3